Ray W. Kahler, WSBA #26171
Stritmatter Kessler Koehler Moore
413 8th Street
Hoquiam, WA 98550
360-533-2710

Benjamin R. Winkelman, WSBA #33539
Parker, Winkelman & Parker
813 Levee Street
Hoquiam, WA 98550
360-532-5780

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

JOHNANAS JOHNSON and JENNIFER JOHNSON, husband and wife,

          Plaintiffs,

v.

UNITED STATES OF AMERICA,

          Defendant.

No.   3:20-cv-05581-MJP

ORDER ON MOTIONS IN LIMINE

HEARING DATE:  November 26, 2021

This matter came before the Court on Defendant's motion in limine, (Dkt. No. 25), and Plaintiffs' motions in limine, (Dkt. No. 27).  Having considered Defendant's motion and supporting declaration, (Dkt. Nos. 25, 26), the response, (Dkt. Nos. 31–33), and the Parties' positions at the pretrial conference on November 30, 2021, it is ORDERED that Defendant's motion in limine is DENIED.  Having considered Plaintiffs' motions in limine and supporting

ORDER ON MOTIONS IN LIMINE - 1

declaration, (Dkt. Nos. 27, 28), the response, (Dkt. Nos. 35, 36), and the Parties' positions at the pretrial conference, it is ORDERED that Plaintiffs' motions are GRANTED IN PART and DENIED IN PART, as indicated below.

Defendant, Defendant's counsel, representatives, and witnesses, shall make no mention of, refer to, or seek to introduce into evidence, the following where the Court has granted Plaintiffs' motions:

**Legend:**

**G = GRANTED**

**D = DENIED**

**R = RESERVED**

| ORDER | MOTIONS IN LIMINE |
|---|---|
| G | 1. **Collateral Source Benefits** |
| G | 2. **Incident that resulted in Mr. Johnson having his jaw wired shut in 2008** |
| D | 3. **Unrelated prior medical conditions** |
| G | 4. **Fact that the Johnsons filed for bankruptcy in 2005** |
| G | 5. **Prior criminal charges – John Johnson** |

DATED this 2nd day of December, 2021.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTIONS IN LIMINE - 2

Presented by:

STRITMATTER KESSLER KOEHLER MOORE

*/s/ Ray W. Kahler*

Ray W. Kahler, WSBA #26171
Co-Counsel for Plaintiffs

PARKER, WINKELMAN & PARKER

*/s/ Benjamin R. Winkelman*

Benjamin R. Winkelman, WSBA #33539
Co-Counsel for Plaintiffs

ORDER ON MOTIONS IN LIMINE - 3